# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                               **Case No. 12-CR-89**

**JOHN F. LOSEE**
    **Defendant.**

## ORDER

On December 12, 2012, I sentenced defendant to 21 months in prison, three years supervised release, and $748,506.54 restitution payable at a rate of not less than $1000/month on release. Defendant, having completed the prison term, now moves for modification of the restitution payment schedule. See 18 U.S.C. § 3664(k) ("Upon receipt of [notification of a material change in the defendant's economic circumstances], the court may, on its own motion, or the motion of any party . . . adjust the payment schedule, or require immediate payment in full, as the interests of justice require.").

**IT IS ORDERED** that the government file a response to the motion on or before **December 17, 2014**.

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2014.

                                                  /s Lynn Adelman
                                                  LYNN ADELMAN
                                                  District Judge